JOHN MURPHY, Respondent, v. KARL BISSELL and HELEN K. PINGPANK, Appellants, and Others, Defendants. (Appeal No. 1.) — In an action for an accounting under an alleged partnership agreement, order, in so far as it denies appellants' renewed motion for summary judgment under Civil Practice Rule 113, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from original order dismissed. Plaintiff, in his reply, denies he executed and delivered the general release. In his affidavits in opposition to the motion, plaintiff admits he did so but states he did not read the instrument. Nowhere in his affidavits does plaintiff state that he was induced to execute the release or refrain from reading it by misrepresentation or fraud, nor is there any claim of mutual mistake. In our opinion the affidavits do not set forth a triable issue. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

JOHN MURPHY, Respondent, v. KARL BISSELL, Appellant, and Others, Defendants. (Appeal No. 2.) — In view of the decision in *Murphy* v. *Bissell, No. 1* (*ante*, p. 891), decided herewith, the appeal from the order ruling on objections made during an examination before trial is dismissed, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BEKMAN, Also Known as HENRY BECKMAN, Appellant.— Judgment of the Court of Special Sessions, Borough of Queens, convicting defendant of the crime of assault in the third degree and sentencing him to three months in the workhouse unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of HELEN FREESE PARTLOW, Respondent, v. CHARLES HOPPE, Appellant.— Order of filiation granted by the Children's Court, Westchester county, on January 12, 1937, finding that the defendant, Charles Hoppe, was the father of the child born to Helen Freese Partlow on September 13, 1933, directing the payment of three dollars and fifty cents weekly to the welfare officer of the town of Mount Pleasant, and directing the defendant to furnish a bond in the sum of $500 for such payments toward the support of the child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.